OMAHA TRIBE OF INDIANS et al., Appellants,

v.

William A. PETERS et al., Appellees.

No. 74–1868.

United States Court of Appeals, Eighth Circuit.

July 19, 1976.

Before GIBSON, Chief Judge, and LAY and ROSS, Circuit Judges.

ORDER

The judgment of this court dated May 9, 1975, 516 F.2d 133, has been vacated by the Supreme Court on June 28, 1976, —— U.S. ——, 96 S.Ct. 3185, 48 L.Ed.2d ——, and remanded to this court with instructions to further consider the merits in the light of *Bryan v. Itasca County,* 426 U.S. ——, 96 S.Ct. 2102, 48 L.Ed.2d 710 (1976).

In keeping with this mandate this case is remanded to the district court with directions to enter summary judgment in favor of the appellants, Omaha Tribe of Indians, et al.

Willie C. HAIRE, Appellant,

v.

Howard "Bo" CALLOWAY, Secretary, U. S. Army, Appellee.

Evelyn M. JONES, Appellant,

v.

E. T. KLASSEN, Postmaster General, United States Postal Service, Appellee.

Nos. 74–2004 and 75–1050.

United States Court of Appeals, Eighth Circuit.

July 22, 1976.

On Petition for Rehearing by Appellants.

Edward L. Welch, Edwardsville, Ill., for appellants.

Jean C. Hamilton, Asst. U. S. Atty., St. Louis, Mo., for appellees.

Before BRIGHT, Circuit Judge, KILKENNY, Senior Circuit Judge,* and WEBSTER, Circuit Judge.

ORDER

The opinion of the panel of this court in these two appeals, filed November 17, 1975, 8 Cir., 526 F.2d 246, is hereby vacated. On reconsideration of the appeals in light of *Chandler v. Roudebush,* —— U.S. ——, 96 S.Ct. 1949, 48 L.Ed.2d 416 (1976), we direct that the judgment of the district court in each of these cases be vacated. We remand each case to the district court for further consideration and proceedings in conformity with *Chandler v. Roudebush, supra.*

* JOHN F. KILKENNY, Senior Circuit Judge, Ninth Circuit, sitting by designation.